**RECEIVED**

MAR 2 2 2007

# United States District Court
## FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Marshall Richard Spahr
                        Plaintiff(s),

v.

United States Government
                        Defendant.

To:

Civil Process Clerk
Jeffery A Taylor
United States Attorney
District of Columbia
5808A Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20001

**SUMMONS IN A CIVIL CASE**

JUDGE: Ellen Segal Huvelle

DECK TYPE: Pro se General Civil

DATE STAMP: 02/20/2007

CASE NUMBER  1:07CV00362

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF

Marshall Richard Spahr
710 Majestic Pkwy
Woodland Park CO 80863
719-387-7142

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

Court Clerk

by

Deputy Clerk

FEB 1 6 2007
Date


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: RE15 5902 550U S
Status: Delivered

Your item was delivered at 4:53 AM on March 19, 2007 in WASHINGTON, DC 20530.

*Additional Details >    Return to USPS.com Home >*

### Track & Confirm

Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   *Go >*

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by Registered mail (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P.  The date of service upon the United States Government as evidenced by the attached USPS Track & Confirm notice is <u>March 19, 2007</u>.  The cost of the mailing is <u>$12.50</u>.

Registered No.: <u>RE15 5902 550US</u> .

Civil Process Clerk
Jeffery A. Taylor
United States Attorney
District of Columbia
5808A Judiciary Center Building
555 Fourth Street, NW
Washington, district of Columbia 20001

I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this Affidavit of Service fees is true and correct.

_____          _____
        Signature                                              Date

# United States District Court
## FOR THE DISTRICT OF COLUMBIA

Marshall Richard Spahr
Plaintiff(s)

v.

United States Government
Defendant

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**SUMMONS IN A CIVIL CASE**

JUDGE: Ellen Segal Huvelle

DECK TYPE: Pro se General Civil

DATE STAMP: 02/20/2007

CASE NUMBER  1:07CV00362

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Marshall Richard Spahr
710 Majestic Pkwy
Woodland Park CO 80863
719-387-7142

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
Court Clerk

by
Deputy Clerk

FEB 16 2007
Date

Page 1


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm      FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: RE15 5902 356U S
Status: Delivered

Your item was delivered at 4:46 AM on March 5, 2007 in WASHINGTON, DC 20530.

**Additional Details >**      **Return to USPS.com Home >**

---

### Track & Confirm

Enter Label/Receipt Number.

_____

**Go >**

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    **Go >**

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

| Registered No. | | Date Stamp |
|---|---|---|
| RE155902356US | | |

| | | | | |
|---|---|---|---|---|
| Reg. Fee | $7.90 | | | 0789 |
| Handling Charge | $0.00 | Return Receipt | $0.00 | 05 |
| Postage | $4.05 | Restricted Delivery | $0.00 | 02/27/07 |
| Received by | | | | |

To Be Completed By Post Office

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Customer Must Declare Full Value $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

FROM: *Marshall R. Spahr*
*710 Majestic Pkwy*
*Woodland Park, CO 80863*

TO: *Alberto Gonzales*
*Attorney General*
*Civil Process Clerk*
*950 Pennsylvania Ave.*
*Washington D.C. 20530*

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806,**   **Receipt for Registered Mail**   Copy 1 - Customer
May 2004 (7530-02-000-9051)      (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by Registered mail (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached USPS Track & Confirm notice is <u>MARCH 5, 2007</u>. The cost of the mailing is <u>$11.95</u>.

Registered No.:  <u>RE15 5902 356US</u> .

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, district of Columbia 20530

I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this Affidavit of Service fees is true and correct.


_____        _____
Signature                                                  Date