IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHALL R. SPAHR, | ) |
| | ) |
| Plaintiff, | ) No. 1:07-cv-00362 (ESH) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

PLEASE ENTER my appearance as trial counsel on behalf of the United States in the above-captioned case.

DATE:   May 24, 2007

                                                          Respectfully submitted,

                                                          /s/ Beatriz T. Saiz
                                                          BEATRIZ T. SAIZ
                                                          Trial Attorney, Tax Division
                                                          U.S. Department of Justice
                                                          P.O. Box 227
                                                          Washington, D.C.  20044
                                                          Telephone:  (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on May 24, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Marshall Spahr
>710 Majestic Parkway
>Woodland Park, CO 80863

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ