UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARSHALL R. SPAHR,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-00362 (ESH) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

For the reasons set forth in the opinion accompanying this Order, defendant's motion to dismiss [Dkt. 7] is **GRANTED**; and it is hereby

**ORDERED** that this case is dismissed.  Counts 18, 21, and 23–25 are dismissed with prejudice.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE:   August 17, 2007